46241.   T. F. TAYLOR FERTILIZER WORKS, INC.
v. WILLIFORD.

PANNELL, Judge. Appellant appealed from the overruling of a motion for judgment notwithstanding the verdict. We have carefully read the evidence in the record and, while weak, the evidence is sufficient to support a verdict for the defendant. The trial court did not err in overruling the motion for judgment notwithstanding the verdict in favor of the defendant.

*Judgment affirmed. Bell, C. J., and Deen, J., concur.*
SUBMITTED MAY 4, 1971—DECIDED JULY 16, 1971.

*Billy G. Fallin,* for appellant.
*H. Thaxton Monk, Jr., Benjamin L. Bateman,* for appellee.